

# Fourth Court of Appeals
## San Antonio, Texas

August 31, 2022

No. 04-22-00375-CV

Richard Antonio **MENDOZA**,
Appellant

v.

**DONORE SQUARE HOMEOWNERS ASSOCIATION**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-20931
Honorable Solomon Casseb, III, Judge Presiding

# O R D E R

On August 1, 2022, appellant Richard Antonio Mendoza filed a Motion to Stay Trial Court Proceedings. Appellee Donore Square Homeowners Association filed a response to appellant's motion on August 9, 2022. Appellant filed his reply to appellee's response on August 10, 2022. Appellant's motion is DENIED.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of August, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court